**UNITED STATES of America, Plaintiff-Appellee,**

**v.**

**John O. TUDISCA, Defendant-Appellant.**

**No. 30665**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part 1.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Lawrence S. Katz, Miami Beach, Fla., for defendant-appellant.

Robert W. Rust, U. S. Atty., J. V. Eskenazi, Asst. U. S. Atty., by Kenneth G. Oertel, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]